UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN O. SANSBURY, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>LB&B ASSOCIATES, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0251 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

By and through their undersigned counsel, and pursuant to Paragraph 12 of the parties' Settlement Agreement effective July 6, 2015, and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above entitled action hereby stipulate to dismiss (i) all claims asserted in this action against Defendants arising from the Covered Conduct (as defined in the parties' Settlement Agreement) with prejudice and (ii) all remaining claims asserted in this action with prejudice as to Relators but without prejudice as to the United States.

\* \* \*

- 2 -

Respectfully submitted,

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General | WYRICK ROBBINS YATES & PONTON LLP<br><br>　　　/s/ |
| VINCENT H. COHEN, JR., D.C. Bar #471489<br>Acting United States Attorney | Benjamin N. Thompson (admitted pro hac vice)<br>Jennifer M. Miller (admitted pro hac vice)<br>Paul J. Puryear Jr. (admitted pro hac vice) |
| DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division | 4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>(919) 781-4000 |
| By:　　/s/<br>　　BRIAN P. HUDAK<br>　　Assistant United States Attorney<br>　　555 Fourth Street, NW<br>　　Washington, DC 20530<br>　　(202) 252-2549 | ANDREWS KURTH LLP |
| MICHAEL D. GRANSTON<br>RENÉE BROOKER<br>LINDA MCMAHON<br>Attorneys, Commercial Litigation Branch<br>P.O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-0448 | Roscoe C. Howard, Jr.<br>Leasa M. Woods<br>1350 I Street, NW, Suite 1100<br>Washington, DC 20005<br>(202) 662-2750<br><br>*Attorneys for Defendants* |
| *Attorneys for the United States of America* | |

JOSEPH, GREENWALD, & LAAKE, PA

　　　/s/
JAY P. HOLLAND, D.C. Bar #422258
BRIAN J. MARKOVITZ, D.C. Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(302) 220-2200

*Attorneys for Relators*

　　Dated:  August 3, 2015